**FILED**

AUG 0 4 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-5-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| WILL CHARLES WILLBANKS, | |
| Defendant. | |

Based on the United States of America's unopposed motion to dismiss the indictment filed against Will Charles Willbanks,

IT IS HEREBY ORDERED that the Indictment filed April 6, 2017, BE AND IS HEREBY DISMISSED WITH PREJUDICE

DATED this 4th day of August, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

1